IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **LOUIS JONES,** | ) |
| | ) **Case No. 4:22-cv-00138** |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **JUDGE BENITA Y. PEARSON** |
| | ) |
| **NMC METALS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT MOTION TO APPROVE STIPULATED PROTECTIVE ORDER

The parties, through their undersigned counsel, have jointly agreed to the terms of the attached Stipulated Protective Order pursuant to Fed. R. Civ. P. 26(c), and hereby move this Court to approve and adopt the same.

Respectfully Submitted,

| | |
|---|---|
| /s/ David N. Truman | s/ Matthew M. Ries |
| David N. Truman (0082347) | Kevin P. Murphy, #0029747 |
| david@employmentlawpartners.com | Matthew M. Ries, #0083736 |
| Stuart G. Torch (0079667) | HARRINGTON, HOPPE & MITCHELL, LTD. |
| stuart@employmentlawpartners.com | 108 Main Avenue, S.W., Suite 500 |
| Employment Law Partners, LLC | Warren, OH  44481 |
| 4700 Rockside Road, Suite 530 | Tel. 330-392-1541 |
| Independence, Ohio  44131 | Fax 330-394-6890 |
| Telephone:  216-382-2500 | Email:  KMurphy@hhmlaw.com; |
| Facsimile:  216-381-0250 | MRies@hhmlaw.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

1

2

## CERTIFICATE OF SERVICE

I certify that on July 11, 2022, a true copy of the foregoing motion was served on all counsel of record via CM/ECF.

/s/ David N. Truman
One of the attorneys for Plaintiff