PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LOUIS JONES, | ) | |
| | ) | CASE NO. 4:22CV0138 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NMC METALS, INC., *etc.*, | ) | |
| | ) | |
| Defendant. | ) | **ORDER OF DISMISSAL** |

The Court was informed by the parties that they have reached a settlement in this case. *See* Notice dated November 1, 2022. Therefore, the docket shall be marked "dismissed without prejudice."

On or before December 1, 2022, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this Order.

IT IS SO ORDERED.

| | |
|---|---|
|  November 1, 2022  |  */s/ Benita Y. Pearson*  |
| Date | Benita Y. Pearson |
| | United States District Judge |